## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Foster Township | : | |
| | : | |
| v. | : | No. 1172 C.D. 2018 |
| | : | |
| Farida B. Rahman, | : | |
| Appellant | : | |

**PER CURIAM**             **O R D E R**


NOW, January 15, 2020, having considered Appellant's application for reconsideration, the application is denied.